**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. EV 98-33-CR-21-Y/H |
| | ) | 3:05-cv-119-RLY-WGH |
| WILLIAM J. SHORT, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The defendant's motion seeking a certificate of appealability is **denied for the present,** because such a certificate is not required in order for him to proceed in this court, because no final judgment has been issued, and because no notice of appeal has been filed.

2.      The defendant's "Statement of Remaining Claims" filed on September 16, 2005, asserts that the remaining claim in this action for relief pursuant to 28 U.S.C. § 2255 is that he was denied the effective assistance of counsel when his attorney "fail[ed] to object and argue any increase in sentence based upon facts which were found additionally." The nature of this remaining claim is clear enough, but the basis of the claim as stated is hyperbole.

a.      The Sixth Amendment to the United States Constitution guarantees the effective assistance of trial counsel for criminal defendants. Strickland v. Washington, 466 U.S. 668, 686 (1984). Generally, to establish constitutionally ineffective assistance of counsel, a habeas petitioner must show both that his counsel's performance fell "below an objective standard of reasonableness," id. at 688, and "that, but for counsel's unprofessional errors, the result of the proceeding would have been different." *Id.* at 694.

b.      Based on the foregoing, the defendant shall **re-state his remaining claim** not later than December 14, 2005, and shall do so by specifying whether and how the specific criteria in *Strickland* support his claim that he was denied the effective assistance of counsel.

**IT IS SO ORDERED.**

Date:  11/18/2005

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William J. Short
Reg. No. 06152-028
Greenville FCI
P.O. Box 5000
Greenville, IL 62246

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048